395 A.2d 1005

Commonwealth v. Gilbert, Appellant.

Submitted June 12, 1978. Daniel A. Rendine, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.